# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

       Plaintiff,

  -vs-                                          **Case No. 14-CR-25**

**RANDY JOHNSON,**

       Defendant.

## DECISION AND ORDER

Defendant Randy Johnson (Johnson) disagrees with Magistrate Judge William E. Callahan's recommendation to this Court denying Johnson's motion to suppress evidence.

The Court has read the recommendation and the briefs of the parties and rules as follows. The Court adopts the Magistrate Judge's recommendation *in toto*, including the reasoning supporting the recommendation. Therefore Johnson's motion to suppress is denied.

**IT IS HEREBY ORDERED THAT:**

Johnson's motion to suppress evidence (ECF No. 13) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 25th day of September, 2014.

                                          **BY THE COURT:**

                                          **HON. RUDOLPH T. RANDA**
                                          **U.S. District Judge**